TEXAS OIL CO. v. KALMBACH. (Circuit Court of Appeals, Fifth Circuit. March 12, 1917.) No. 2747. In Error to the District Court of the United States for the Southern District of Mississippi; Henry C. Niles, Judge. Action by R. A. Kalmbach against the Texas Oil Company. Judgment for plaintiff, and defendant brings error. Affirmed. A. A. Armistead and Moncure Dabney, both of Vicksburg, Miss., for plaintiff in error. T. C. Catchings and O. W. Catchings, both of Vicksburg, Miss., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. There is no dispute about the contract in this case, nor as to what it called for. The evidence shows a breach on the part of the Texas Oil Company giving a right to Kalmbach to sue for damages. From our consideration of the record in the light of the assignments of error and briefs of counsel, we conclude that the plaintiff, Kalmbach, proved damages in the amount directed by the court and found by the jury. Judgment affirmed.

---

UNITED STATES v. UNITED STATES ex rel. LEM HIM. (Circuit Court of Appeals, Seventh Circuit. January 19, 1917.) No. 2399. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. Charles F. Clyne, of Chicago, Ill., and Benjamin P. Epstein, for appellant. Frank T. Milchrist, of Chicago, Ill., for appellee. Before BAKER, MACK, and ALSCHULER, Circuit Judges.

PER CURIAM. We approve and adopt the opinion of the District Court, reported in 230 Fed. 935, under the title U. S. v. Prentis. The judgment is affirmed.

---

WATTS, WATTS & CO., Limited, v. UNIONE AUSTRIACA DI NAVIGA-ZIONE. (Circuit Court of Appeals, Second Circuit. February 14, 1917.) Appeal from the District Court of the United States for the Eastern District of New York. Motion to recall mandate. See, also, 224 Fed. 188; 229 Fed. 136, 143 C. C. A. 412. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Motion denied on the ground that, the term having passed, this court has no power to recall its mandate. The order entered by Judge Veeder after the certiorari was granted is a nullity. Judge Veeder sitting in admiralty.

---

WILKINS v. SWARTZ. (Circuit Court of Appeals, Fifth Circuit. February 21, 1917.) No. 2952. In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. W. B. Spencer, Charles Payne Fenner, Philip S. Gidiere, Esmond Phelps, and W. B. Le Bourgeois, all of New Orleans, La., for plaintiff in error. Edward N. Pugh and Walter Lemann, both of Donaldsonville, La., for defendant in error. Before WALKER, Circuit Judge, and GRUBB, District Judge.

PER CURIAM. We are of opinion that the action of the trial court in this case in denying the plaintiff's motion for judgment in his favor was correct. The assignment of that action as error is not sustainable. The judgment under review is affirmed.